AO 245B (Rev. 6/05) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Northern District of Ohio

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Ohio Fresh Eggs, LLC** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: **3:09MJ7047-001**<br><br>USM Number:<br><br>Jan Kramer<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count _one of the Information_.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 USC §1319(c)(1)(a) | Unpermitted Discharge | 3/7/2007 | 1 |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States Attorney of material changes in the defendant's economic circumstances.

10/20/2009
Date of Imposition of Judgment

s/Vernelis K. Armstrong
Signature of Judicial Officer

**VERNELIS K. ARMSTRONG**, United States Magistrate Judge
Name & Title of Judicial Officer

10/23/2009
Date

AO 245B (Rev.  6/05)  Sheet 2 - Criminal Monetary Penalties

| | | |
|---|---|---|
| CASE NUMBER: | 3:09MJ7047-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | Ohio Fresh Eggs, LLC | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Community Service Payment |
|---|---|---|---|
| Totals: | $ 125.00 | $ 150,000.00 | $ 150,000.00 |

[ ]  The determination of restitution is deferred until _.  An amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[✔]  The defendant must make Community Service Payments to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Community Service Payment Ordered | Priority or Percentage |
|---|---|---|---|
| Marion County Soil and Water Conservation District | | $50,000.00 | |
| Wyandot County Soil and Water Conservation District | | $50,000.00 | |
| Sandusky River Watershed Coalition | | $50,000.00 | |
| TOTALS: | | $ 150,000.00 | |

[✔]  Community Service Payment amount ordered pursuant to plea agreement  $ 150,000.00 and delivered to the Assistant
    US Attorney for disbursement to the payees.

[]  The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]  The interest requirement is waived for the    []  fine    []  restitution.

    [ ]  The interest requirement for the    []  fine    []  restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 6/05) Sheet 3 - Criminal Monetary Penalties

| | |
|---|---|
| CASE NUMBER: 3:09MJ7047-001 | Judgment - Page 3 of 3 |
| DEFENDANT: Ohio Fresh Eggs, LLC | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A [✔] Lump sum payment of $ 300,000.00 due immediately.

    [ ] not later than    or
    [ ] in accordance with     [ ] C,    [ ] D, [ ] E, or    [ ] F below; or

B [ ] Payment to begin immediately (may be combined with    [ ] C    [ ] D, or    [ ] F below); or

C [ ] Payment in equal installments of $ over a period of , to commence days after the date of this judgment; or

D [ ] Payment in equal installments of $ over a period of , to commence days after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

    [✔] A special assessment of $125.00 is due in full immediately as to count one.
    PAYMENT IS TO BE MADE PAYABLE AND SENT TO THE CLERK, U.S. DISTRICT COURT.

    [ ] After the defendant is release from imprisonment, and within 30 days of the commencement of the term of supervised release, the probation officer shall recommend a revised payment schedule to the Court to satisfy any unpaid balance of the restitution. The Court will enter an order establishing a schedule of payments.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several (Defendant name, Case Number, Total Amount, Joint and Several Amount and corresponding payee):

[ ] The defendant shall pay the cost of prosecution.
[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) fine interest; (6) community restitution; (7) penalties; and (8) costs, including cost of prosecution and court costs.